# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BARRY L. MOORE,                          )
                                         )
        Plaintiff,                    )
                                         )
        v.                            )    Civil Case No. 10-1470 (RJL)
                                         )
OFFICE OF THE ARCHITECT OF               )
THE CAPITOL,                             )    **FILED**
                                         )
        Defendant.                    )    **DEC 1 4 2011**
                                         )
                                         )    Clerk, U.S. District & Bankruptcy
                                         )    Courts for the District of Columbia

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this

12th day of December, 2011, hereby

**ORDERED** that the defendant's Motion to Dismiss [#11] is **GRANTED**; it is further

**ORDERED** that the above-captioned case is **DISMISSED** without prejudice.

**SO ORDERED**.

_____
RICHARD J. LEON
United States District Judge